# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1601

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | |
| | * | |
| Jeffrey M. Hammel, also known as | * | |
| Jeffery M. Hammel, also known as | * | Appeal from the United States |
| Jeff M. Hammel, also known as | * | District Court for the |
| Jeffrey Michael Hammel; | * | Northern District of Iowa. |
| | * | |
| Defendant, | * | [UNPUBLISHED] |
| | * | |
| Floyd Hammel, also known as | * | |
| Floyd J. Hammel; Rose Hammel, | * | |
| also known as Rose A. Hammel, | * | |
| | * | |
| Appellants. | * | |

_____

Submitted: April 7, 2006
Filed: April 17, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Floyd and Rose Hammel appeal the district court's[1] in rem judgment and decree of foreclosure granting summary judgment in favor of the government. We have carefully reviewed the record and considered the parties' arguments, and find no basis for overturning the district court's well-reasoned opinion. See ARE Sikeston Ltd. P'ship v. Weslock Nat'l, Inc., 120 F.3d 820, 827 (8th Cir. 1997) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.